State ex rel. Owen v. Conway, 164 Wis. 127.

STATE EX REL. OWEN, Attorney General, Respondent, vs. O'NEILL, Appellant.

*September 16—October 24, 1916.*

State ex rel. Owen v. Reisen, ante, p. 123, followed.

APPEAL from an order of the county court of Iowa county: ALDRO JENKS, Judge. *Reversed.*

For the appellant there was a brief by *McGeever & McGeever* and *Platt Whitman,* and oral argument by *Sam T. Swansen, J. D. McGeever,* and *William C. McGeever.*

 For the respondent there was a brief by *Crownhart & Wylie* and *Fiedler & Fiedler,* and oral argument by *F. M. Wylie* and *E. C. Fiedler.*

KERWIN, J. This case is ruled by *State ex rel. Owen v. Reisen, ante,* p. 123, 159 N. W. 747.

*By the Court.*—The order of the court below is reversed, and the cause remanded to the county court with directions to immediately transfer the record to the circuit court for Iowa county for further proceedings according to law and in conformity with this opinion. No costs are to be allowed either party, except that appellant pay the clerk's fees in this court.

STATE EX REL. OWEN, Attorney General, Respondent, vs. CONWAY, Appellant.

*September 16—October 24, 1916.*

State ex rel. Owen v. Reisen, ante, p. 123, followed.

APPEAL from an order of the county court of Iowa county: ALDRO JENKS, Judge. *Reversed.*

For the appellant there was a brief by *McGeever & McGeever* and *Platt Whitman,* and oral argument by *Sam T. Swansen, J. D. McGeever,* and *William C. McGeever.*

For the respondent there was a brief by *Crownhart & Wylie* and *Fiedler & Fiedler,* and oral argument by *F. M. Wylie* and *E. C. Fiedler.*

KERWIN, J. This case is ruled by *State ex rel. Owen v. Reisen, ante,* p. 123, 159 N. W. 747.

*By the Court.*—The order of the court below is reversed, and the cause remanded to the county court with directions to immediately transfer the record to the circuit court for Iowa county for further proceedings according to law and in conformity with this opinion. No costs are to be allowed either party, except that appellant pay the clerk's fees in this court.